UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT PLASTER #846864,

    Plaintiff,

v.

    Case No. 1:23-cv-591

    HONORABLE PAUL L. MALONEY

HEIDI WASHINGTON, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion for preliminary injunction. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 2, 2024, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 85) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Preliminary Injunction (ECF No. 63) is DENIED.

Dated: May 6, 2024                                        /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge